```
                 UNITED STATES DISTRICT COURT
                         FOR THE
                  DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * * * * * * *
                               *
SUE M. BOHLIN,                 *
   Plaintiff,                  *
                               *
vs.                            *   CIVIL ACTION
                               *   No. 05 11533 RWZ
SECRETARY OF HEALTH AND HUMAN  *
SERVICES and                   *
HARVARD PILGRIM HEALTH CARE,   *
   Defendants.                 *
                               *
                               *
* * * * * * * * * * * * * * * *
```

### ANSWER AND JURY CLAIM OF THE DEFENDANT, HARVARD PILGRIM HEALTH CARE, TO THE PLAINTIFF'S COMPLAINT

The defendant, Harvard Pilgrim Health Care, in the above-captioned matter, hereby makes this its answer to the plaintiff's complaint.

#### FIRST DEFENSE

**Parties**

1. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and calls upon the plaintiff to prove the same.

2. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and calls upon the plaintiff to prove the same.

3. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and calls upon the plaintiff to prove the same.

## Jurisdiction

4. Paragraph 4 calls for a legal conclusion and therefore no response is required.

## Facts

5. Paragraph 5 is a statement of law to which no response is required, but to the extent a response is required the allegation is denied.

6. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and calls upon the plaintiff to prove the same.

7. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and calls upon the plaintiff to prove the same.

8. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and calls upon the plaintiff to prove the same.

9. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and calls upon the plaintiff to prove the same.

10. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and calls upon the plaintiff to prove the same.

11. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and calls upon the plaintiff to prove the same.

12. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and calls upon the plaintiff to prove the same.

13. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and calls upon the plaintiff to prove the same.

14. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and calls upon the plaintiff to prove the same.

15. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 and calls upon the plaintiff to prove the same.

16. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 and calls upon the plaintiff to prove the same.

17. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 and calls upon the plaintiff to prove the same.

18. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and calls upon the plaintiff to prove the same.

19. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 and calls upon the plaintiff to prove the same.

20. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 and calls upon the plaintiff to prove the same.

21. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 and calls upon the plaintiff to prove the same.

22. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 and calls upon the plaintiff to prove the same.

23. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 and calls upon the plaintiff to prove the same.

24.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 and calls upon the plaintiff to prove the same.

### Relief Sought

The defendant denies that the plaintiff is entitled to the relief claimed.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

### SECOND DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

### JURY CLAIM

THE DEFENDANT HEREBY MAKES CLAIM FOR A TRIAL BY JURY ON ANY ISSUE PROPERLY TRIED TO A JURY.

By its attorney,

*Robert P. Powers*
Robert P. Powers, BBO #544691
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200

CERTIFICATE OF SERVICE

    I, Robert P. Powers, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

        Robert A. Bohlin
        9 Chardon Road
        Medford, MA 02155

                      Robert P. Powers

Date:   8/17/05