AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

SUMMONS IN A CIVIL CASE

Sue M. Bohlin   V.   Secretary of Health and Human Services
&
Harvard Pilgrim Health Care

CASE NUMBER:

**05 11533 RWZ**

TO: (Name and address of Defendant)

General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C.  20201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Bohlin
9 Chardon Road
Medford, MA  02155

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 2 0 2005

CLERK                                                                                                    DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dora Ricks — ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Dora Ricks                        1-27-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0003 2293 1512

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

/512