AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

SUMMONS IN A CIVIL CASE

Sue M. Bohlin  V.  Secretary of Health and Human Services
&
Harvard Pilgrim Health Care

CASE NUMBER: **05 11533 RWZ**

TO: (Name and address of Defendant)

Harvard Pilgrim Health Care
1600 Crown Colony Drive
Quincy, MA 02169

HARVARD PILGRIM HEALTH CARE
GENERAL COUNSEL/LEGAL DEPT.
90 WORCESTER ST.
WELLESLEY, MA 02481

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Bohlin
9 Chardon Road
Medford, MA 02155

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 2 0 2005

CLERK

(By) DEPUTY CLERK         DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      *Signature of Server*

                                        _____
                                        *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

