IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUE M. BOHLIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 05-11533-RWZ |
| v. | ) | |
| | ) | |
| SECRETARY OF HEALTH AND | ) | |
| HUMAN SERVICES, and | ) | |
| HARVARD PILGRIM HEALTH CARE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, UNITED STATES OF AMERICA'S
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The United States of America on behalf of the Secretary of Health and Human Service, requests that this Court permit a sixty (60) day extension of time, from September 23, 2005 until November 22, 2005, to answer or otherwise respond to the Complaint.  Counsel for United States requests the extension in order that she may have time to obtain the necessary documents and/or records from the U.S. Department of Public Health and Human Services.  The Department does not yet have a transcript of Plaintiff's administrative appeal and will need approximately sixty days to have the transcript prepared and provided to counsel.

Accordingly, the United States of America respectfully requests that this Court permit the filing of a response on or before November 22, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/Anita Johnson
        Anita Johnson
        Assistant U.S. Attorney
        1 Courthouse Way - Suite 9200
        Boston, MA 02210
        (617) 748-3266

Of Counsel:

Clifford Pierce, Chief Counsel
Office of General Counsel-Region 1
Dept. of Health & Human Services
2250 JFK Federal Building
Boston, MA 02203

## CERTIFICATE OF SERVICE

I certify that on this day, I caused a copy of the foregoing Motion to be served on the parties by first class mail, postage prepaid or by electronic notification to:

Plaintiff, Sue M. Bohlin, 9 Chardon Road, Medford, MA 02155

and

Defendant Harvard Pilgrim Health Care's counsel of record, Robert P. Powers, Esq., Melick, Porter & Shea, LLP, 28 State Street, Boston, MA 02109.

        /s/Anita Johnson

Dated: September 14, 2005