UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUE M. BOHLIN, | ) |
| | ) |
|     Plaintiff, | ) C.A. No. 1:05-cv-11533-RWZ |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of | ) |
| the U.S. Department of Health | ) |
| and Human Services; and Harvard | ) |
| Pilgrim Health Care, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## FEDERAL DEFENDANT'S ANSWER

The Federal Defendant, the Secretary of the U.S. Department of Health and Human Services ("the Secretary"), answers as follows:

## General Denial

The Secretary denies all allegations set forth in the Complaint not otherwise admitted below, including all well pleaded allegations contained in plaintiff's prayer for relief.

## Specific Denials and Responses

With respect to the specific numbered paragraphs of the Complaint, the Secretary states as follows:

(1)  The Secretary is without information sufficient to form a belief as to the validity of the allegations of paragraph 1. Consequently, the Secretary neither admits nor denies these allegations.

(2-3)  Admitted.

(4-5)  Denied.

(6)  The Secretary is without information sufficient to form

2

a belief as to the validity of the allegations contained in paragraph 6. Consequently, the Secretary neither admits nor denies these allegations.

(7) The Secretary admits the first sentence of paragraph 7. The Secretary is without information sufficient to form a belief as to the validity of the allegation contained in the second sentence of paragraph 7. Consequently, the Secretary neither admits nor denies the second sentence.

(8) Denied.

(9-24) The Secretary is without information sufficient to form a belief as to the validity of the allegations contained in paragraphs 9 through 24. Consequently, the Secretary neither admits nor denies these allegations.

## General Response

The decision of the Secretary affirming the denial of plaintiff's Medicare claim is supported by substantial evidence contained in the administrative record. Moreover, the Secretary's decision is not arbitrary and capricious, based on an abuse of discretion, or otherwise not in accordance with the law. Accordingly, pursuant to 42 U.S.C. § 405(g), the Secretary's decision should be affirmed.

The Secretary herewith files as part of his answer a certified copy of the administrative record of the agency decision under review.

3

**Affirmative Defense**

To the extent plaintiff's action is construed as an action for monetary damages based on tort or breach of contract, the Court lacks jurisdiction over the subject matter of the action.

WHEREFORE, the Secretary prays that a judgment be entered dismissing the complaint in accordance with 42 U.S.C. § 405(g).

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: /S/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
Federal Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617)748-3282

Of Counsel:

PAULA M. STANNARD
Acting General Counsel

NANCY S. NEMON
Chief Counsel, Region I

CLIFFORD M. PIERCE
Assistant Regional Counsel
Department of  Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA 02203
(617) 565-2379

**Certificate of Service**

I hereby certify that the foregoing was served upon Sue M. Bohlin, c/o Robert A. Bohlin, 9 Chardon St., Medford, Mass. 02155, by first class mail, postage prepaid, and by counsel for defendant Harvard Pilgrim Health Care, Robert P. Powers, by electronic transmission, both on this 29th day of September 2005.

/S/ Anita Johnson