UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUE M. BOHLIN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 05-11533-RWZ |
| v. ) | |
| ) | |
| SECRETARY OF HEALTH AND ) | |
| HUMAN SERVICES, and ) | |
| HARVARD PILGRIM HEALTH CARE,) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANT'S MOTION
FOR ORDER AFFIRMING THE ADMINISTRATIVE DECISION**

The United States of America on behalf of the Secretary of Health and Human Service, moves this Honorable Court to enter an order affirming the administrative decision of the Secretary for the reason stated in the supporting memorandum, filed herein.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Anita Johnson
Anita Johnson
Assistant U.S. Attorney
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266

Of Counsel:

Clifford Pierce, Chief Counsel
Office of General Counsel-Region 1
Dept. of Health & Human Services
2250 JFK Federal Building
Boston, MA 02203

## CERTIFICATE OF SERVICE

I certify that on this day, I caused a copy of the foregoing Motion for Order Affirming the Administrative Decision together with the Memorandum in Support thereof, to be served on the parties by first class mail, postage prepaid or by electronic notification to:

Plaintiff, Sue M. Bohlin, 9 Chardon Road, Medford, MA 02155

and

Defendant Harvard Pilgrim Health Care's counsel of record, Robert P. Powers, Esq., Melick, Porter & Shea, LLP, 28 State Street, Boston, MA 02109.

/s/Anita Johnson

Dated: October 31, 2005