November 30, 2005

Judge Rya W. Zobel
United States District Court
Federal Courthouse
1 Courthouse Way
Boston, MA 02210

re. 1:05-cv-11533 RWZ

Sue. M. Bohlin
   v.
Secretary of Health and Human Services
& Harvard Pilgrim Health Care


Dear Judge Zobel:

On November 22, 2005, two motions were filed on behalf
of the Plaintiff in the referenced case.

1) MOTION AFFIRMING THE RIGHT TO FILE A CIVIL ACTION FOR JUDICIAL
   REVIEW OF ALJ'S DECISION

2) PLAINTIFF'S MEMORANDUM IN RESPONSE TO
   FEDERAL DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION
   FOR ORDER AFFIRMING THE ADMINISTRATIVE DECISION

Notice of these filings was sent by U.S. mail to each
Defendant's Counsel (on Monday, Nov. 28, 2005).

Copies of the complete documents were sent by U.S. mail to each
Defendant's Counsel (on Tuesday, Nov. 29, 2005).

(Attached with this letter is a copy of the U.S. mail receipt).

   for: HARVARD PILGRIM HEALTH CARE
      Robert P. Powers
      Melick, Porter & Shea, LLP
      28 State Street
      Boston, MA  02109 - 1775

   for: THE SECRETARY OF HEALTH AND HUMAN SERVICES:
      Anita Johnson
      Assistant U.S. Attorney
      Federal Courthouse, Suite 9200
      1 Courthouse Way
      Boston, MA  02210

continued

continued   re. 1:05-cv-11533 RWZ

Notification that these documents were mailed to the Defendants' Counsel was sent by electronic mail to the parties on the day the documents were mailed, Nov. 29, 2005.

| | |
|---|---|
| Robert P. Powers | rpowers@melicklaw.com |
| Anita Johnson | anita.johnson@usdoj.gov |
| | ma.ecf@usdoj.gov |
| | janice.zaniboni@usdoj.gov |
| | Clifford.Pierce@hhs.gov |

A copy of that electronically mailed notice (two pages) is attached with this letter.

Respectfully,

*Robert A. Bohlin*

Robert A. Bohlin
9 Chardon Road
Medford, MA  02155

| | |
|---|---|
| Subj: | **re: 1:05-cv-11533** |
| Date: | 11/29/05 |
| To: | anita.johnson@usdoj.gov |

November 29, 2005

From: Robert A. Bohlin

---

re. 1:05-cv-11533 RWZ

Sue. M. Bohlin

   v.

Secretary of Health and Human Services
and
Harvard Pilgrim Health Care

---

On November 22, 2005, two motions were filed on behalf
of the Plaintiff in the above case.

The two motions were:

1) MOTION AFFIRMING THE RIGHT TO FILE A CIVIL ACTION FOR JUDICIAL
   REVIEW OF ALJ'S DECISION

Document Description:
Main document; 2 pages


2) PLAINTIFF'S MEMORANDUM IN RESPONSE TO
   FEDERAL DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION
   FOR ORDER AFFIRMING THE ADMINISTRATIVE DECISION

Document Description:
Main document; 12 pages
PLUS
36 pages of additional documents / evidence


Notice of these filings was sent by U.S. mail
to each Defendant's Counsel named below:

Copies of the complete documents described above have been
subsequently sent, in a separate package by U.S. mail,
to each Defendant's Counsel named below:

(1) Counsel for
  HARVARD PILGRIM HEALTH CARE:

    Robert P. Powers
    Melick, Porter & Shea, LLP
    28 State Street
    Boston, MA  02109 - 1775

(2) Counsel for
SECRETARY OF HEALTH AND HUMAN SERVICES:

Anita Johnson
Assistant U.S. Attorney
Federal Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

---

This notice will be sent by U.S. mail to:

Judge Rya W. Zobel
United States District Court
Federal Courthouse
1 Courthouse Way
Boston, MA 02210

---

This notice will be electronically mailed to:

Robert P. Powers    rpowers@melicklaw.com

Anita Johnson    anita.johnson@usdoj.gov

    ma.ecf@usdoj.gov

    janice.zaniboni@usdoj.gov

    Clifford.Pierce@hhs.gov



```
***** WELCOME TO *****
        WEST MEDFORD
WEST MEDFORD, MA. 02156-9998
     11/29/05 03:19PM

Store   USPS          Trans    108
Wkstn   sys5002       Cashier  KDZ63N
Cashier's Name        SIAMARIA
Stock Unit Id         SIAMARIA
PO Phone Number       781-483-3090
USPS #                2407980156

1. First Class                      2.67
   Destination:    02210
   Weight:         10.80 oz.
   Postage Type:   PVI
   Total Cost:     2.67
   Base Rate:      2.67
2. First Class                      2.67
   Destination:    02109
   Weight:         11.00 oz.
   Postage Type:   PVI
   Total Cost:     2.67
   Base Rate:      2.67

Subtotal                            5.34
Total                               5.34

Cash                               10.00
Change Due
   Cash                             4.66

Number of Items Sold: 2

          Thank You
       Please come again!
```