UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUE M. BOHLIN, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>the U.S. Department of Health )<br>and Human Services; and Harvard )<br>Pilgrim Health Care, )<br>)<br>     Defendants. )<br>_____) | Civ. No. 1:05-cv-11533-RWZ |

**GOVERNMENT'S MOTION TO STRIKE MEMORANDUM
FILED BY ROBERT A. BOHLIN**

   The Federal Defendant requests that this Court strike the Plaintiff's Memorandum

In Response to Federal Defendant's Memorandum in Support of Motion for Order

Affirming the Administrative Decision (hereafter, "the Memorandum"), which was filed

November 22, 2005, because the Memorandum was filed in violation of Rule 11, Federal

Rules of Civil Procedure, and Local Rule 83.5.3(c).

   Rule 11(a), Federal Rules of Civil Procedure, provides,

> Every pleading, written motion, and other paper shall be
> signed by at least one attorney of record in the attorney's
> individual name, or, if the party is not represented by an
> attorney, shall be signed by the party.

Local Rule 83.5.3(c) provides,

> A person who is not a member of the bar of this court, . . . will be allowed to appear and practice before the court only in his own behalf.

These rules clearly require that pleadings are required to be filed either by a party or the party's attorney. They do not permit filing by any other individual.

The Memorandum was filed by Robert A. Bohlin. He is neither a party in this action nor a member of the bar of this Court. Moreover, at the scheduling conference in this action, September 15, 2005, he was informed by the Court that he is precluded from representing the Plaintiff in this action and that if the Plaintiff wished to pursue the action, she would be required to obtain an attorney to represent her.

The Court informed Robert A. Bohlin that he could represent Sue M. Bohlin until she obtained the services of an attorney. However, over ten weeks later, she has evidently not engaged an attorney and, instead, continues to be represented by Robert A. Bohlin. Moreover, no information is made available to the Court regarding why she has been unable to engage an attorney.[1]

---

[1] The Court is merely informed that she is "still seeking counsel."

Since the Memorandum does not comply with Rule 11 or the Local Rule, and since the Plaintiff has not, within a reasonable period of time, engaged an attorney to represent her, the Federal Defendant requests that the Memorandum be struck from the record.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3282

Of counsel:

CLIFFORD M. PIERCE
Assistant Regional Counsel
Department of Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA 02203
(617) 565-2379

## Certificate of Service

I hereby certify that the foregoing was served upon Sue M. Bohlin, c/o Robert A. Bohlin, 9 Chardon Street, Medford, MA 02155, by first class mail, postage prepaid, and by counsel for defendant Harvard Pilgrim Health Care, Robert P. Powers, by electronic transmission, both on this 5th day of December 2005.

/S/ Anita Johnson