UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUE M. BOHLIN, )
)
    Plaintiff, )
) Civil Action
v. ) No. 1:05-cv-11533-RWZ
)
MICHAEL O. LEAVITT, Secretary of )
the U.S. Department of Health )
and Human Services; and HARVARD )
PILGRIM HEALTH CARE, )
)
Defendants. )

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR THIS COURT TO ALLOW/ACCEPT DOCUMENTS ORIGINALLY FILED
ON PLAINTIFF'S BEHALF ON NOVEMBER 22, 2005
 thus:
  NOT TO GRANT FEDERAL DEFENDANT'S MOTION [of December 5, 2005]
  to Strike [Plaintiff's] MOTION [of Nov. 22, 2005] to affirm the
  [Plaintiff's] right to file a civil action for judicial review
  of ALJ's decision.
 thus:
  NOT TO GRANT GOVERNMENT'S MOTION [of December 5, 2005] TO
  STRIKE [Plaintiff's] MEMORANDUM [of Nov. 22, 2005) FILED BY
  ROBERT A. BOHLIN
 and/or:
  FOR THIS COURT TO ALLOW/ACCEPT RE-FILING OF THE ABOVE PLAINTIFF
  FILINGS (of NOV. 22, 2005) THAT WERE RE-FILED ON DEC. 8, 2005.

Plaintiff respectfully requests that this Court not grant the Federal Defendant's Motion to Strike the Plaintiff's Motion (of Nov. 22) Affirming the Right to File a Civil Action for Judicial Review of ALJ's Decision; and/or that this Court accept the Plaintiff's re-filing (Dec. 8) of Plaintiff's November 22nd Motion.

Plaintiff respectfully requests that this Court not grant the Government's Motion to strike the Plaintiff's Memorandum (of Nov. 22) in Response to Federal Defendant's Memorandum in Support of Motion for Order Affirming the Administrative Decision; and/or that this Court accept the Plaintiff's re-filing (December 8) of Plaintiff's November 22nd Memorandum.

(1)

The Federal Defendant states in its Memorandum that Plaintiff's Memorandum of November 22, 2005 was filed in violation of Rule 11, Federal Rules of Civil Procedure, and Local Rule 83.5.3(c).

In it's Memorandum the Federal Defendant stated or cited part of Rule 11. However, a part of Rule 11 not cited by the Federal Defendant states:

> "An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party".

The omission of Plaintiff's signature was brought to Plaintiff's attention on December 6, 2005.

Both of the Plaintiff's filings of November 22, 2005 were subsequently promptly corrected. The Plaintiff's signature, address and telephone number were affixed to both documents and the documents were re-filed on December 8, 2005.

The Plaintiff's two filings (re-filings) of December 8, 2005, each with the affixation of Plaintiff's signature, thus represent filings made by Plaintiff on her own behalf.

Although Plaintiff might not physically type documents, or might not physically mail or deliver documents herself, the affixation of Plaintiff's signature on Plaintiff's filings of December 8, 2005 affirms that the documents filed are Plaintiff's affirmations and thus satisfy Rule 11, Federal Rules of Civil Procedure and Local Rule 83.5.3(c) and thus be accepted by this Court.

Plaintiff respectfully states that Plaintiff's course of action taken to date in no way is meant to disregard the Court's requirement that Plaintiff be required to obtain an attorney to represent her.

Since the scheduling conference of September 15, 2005, Plaintiff's side in this action has exerted significant efforts to engage an attorney and continues to do so.

These efforts have included a great many telephone calls, waiting for returned telephone messages left on voice mail (sometimes not returned), and subsequent referrals that did not end by successfully engaging an attorney.

These efforts have also included request for assistance in the effort from a prior Plaintiff's attorney who had drafted legal documents for Plaintiff some years ago (such as: Last Will and Testament, Living Will and Durable Power of Attorney granted to Plaintiff's son who filed the Documents of November 22, 2005).

The efforts exerted with the assistance of Plaintiff's prior attorney are better documented, through e-mails, than the telephone calls previously mentioned.  Copies of parts of those e-mails and part of a recent letter are attached herein.

                                      Respectfully Submitted,

                                      */s/ Sue M. Bohlin*

                                      Sue M. Bohlin
                                      Plaintiff
                                      Fairlawn Nursing Home
                                      265 Lowell Street
                                      Lexington,  MA  02420
                                      tel. 781-862-7640
                                      --------------------------------
                                      Please direct communications to:
                                      9 Chardon Road
                                      Medford,  MA  02155
                                      tel. 781-395-1129

| | |
|---|---|
| Subj: | **Medicaid** |
| Date: | 10/3/05 7:13:45 PM Eastern Daylight Time |
| From: | buskey@bovelaw.com (Lynn A. Buskey) |
| Reply-to: | buskey@bovelaw.com |
| To: | rabrc@aol.com |
| File: | winmail.dat (2788 bytes) DL Time (32000 bps): < 1 minute |

Two things I forgot to mention:

1. Nursing home personnel have taken it upon themselves to file Medicaid applications on behalf of patients without communication with the family. This has caused a problem for one of our clients whose 36 month period was not quite up yet. I do not know all of the circumstances, but we are cautioning our clients to make sure the nursing home is not getting involved. It may be that it happens if the family stops paying the bill. I will find out why it happened to our client, but I wanted to warn you of this new problem that has come up in a few cases.

2. You should spend down your mother's account but leave her $2,000 (which is the amount you can have in assets and qualify for benefits). This $2,000 can be used for hair, nails, dental, new clothes, etc. Just the everyday stuff. She will also be able to keep $60 a month from her income for these types of expenses. The account will then have to be watched to make sure it does not build up too much with the $60 additions (just spend it on her comfort/needs).

I will get back to you soon with an attorney who can help you with the Medicare questions.

Lynn A. Buskey
The Law Firm of Bove & Langa, P.C.
Ten Tremont Street, Suite 600, Boston, MA 02108
Tel: 617-720-6040      Fax: 617-720-1919
buskey@bovelaw.com     www.bovelaw.com

IRS CIRCULAR 230 NOTICE OF COMPLIANCE: To comply with requirements imposed by the Internal Revenue Service which may apply to this communication, including any attachments, please be advised that the above (or attached) advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purposes of avoiding any penalty that may be imposed by the Internal Revenue Service.

CONFIDENTIALITY NOTICE: The contents of this electronic mail transmission and its attachments (if any) contain confidential information. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this transmission or its attachments is strictly prohibited. If you have received this transmission in error, please call Lorraine O'Keefe at 617-720-6040 or e-mail Lynn A. Buskey at buskey@bovelaw.com.

---------------------- Headers ------------------------------
Return-Path: <buskey@bovelaw.com>
Received: from rly-xh01.mx.aol.com (rly-xh01.mail.aol.com [172.20.115.208]) by air-xh03.mail.aol.com (v107.13)

Thursday, December 15, 2005 America Online: RABRC

1

| | |
|---|---|
| Subj: | **RE: Medicaid** |
| Date: | 10/5/05 2:52:15 PM Eastern Daylight Time |
| From: | buskey@bovelaw.com (Lynn A. Buskey) |
| To: | RABRC@aol.com |

I have contacted an attorney who I believe can give you good advice with regards to Medicare, and am waiting to hear back from her. Her name is Jennifer Rankin and she is with Margolis & Associates. If she responds that she cannot help, I have another attorney we can try.

Jennifer Rankin, Esq.
Margolis & Associates
535 Boylston Street
8th Floor
Boston, MA 02116
Phone: (617) 267-9700
Fax: (617) 267-3166

Will talk to you about the timing of your mother's move. May not be able to call today, but will get in touch shortly.


Lynn A. Buskey
The Law Firm of Bove & Langa, P.C.
Ten Tremont Street, Suite 600, Boston, MA 02108
Tel: 617-720-6040         Fax: 617-720-1919
buskey@bovelaw.com     www.bovelaw.com

**IRS Circular 230 Notice of Compliance:** To comply with requirements imposed by the Internal Revenue Service which may apply to this communication, please be advised that the above advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purposes of avoiding any penalty that may be imposed by the Internal Revenue Service.

**Confidentiality Notice:** The contents of this electronic mail transmission and its attachments (if any) contain confidential information. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this transmission or its attachments is strictly prohibited. If you have received this transmission in error, please call Lorraine O'Keefe at 617-720-6040 or e-mail Lynn A. Buskey at buskey@bovelaw.com.

. . .

| |
|---|
| Subj: **Medicare** |
| Date: 10/11/05 12:08:37 PM Eastern Daylight Time |
| From: buskey@bovelaw.com (Lynn A. Buskey) |
| To: RABRC@aol.com |

I am still looking for an attorney to assist you. I have gone through a few people already, who have in turn referred me to others. Waiting for a call back from someone that we think can handle this for you. Apparently, Medicare is much more specialized than I originally thought, so not many people out there working in this area. Will let you know as soon as I hear back from the latest call. Thanks.


Lynn A. Buskey
The Law Firm of Bove & Langa, P.C.
Ten Tremont Street, Suite 600, Boston, MA 02108
Tel: 617-720-6040      Fax: 617-720-1919
buskey@bovelaw.com      www.bovelaw.com

**IRS Circular 230 Notice of Compliance:**  To comply with requirements imposed by the Internal Revenue Service which may apply to this communication, please be advised that the above advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purposes of avoiding any penalty that may be imposed by the Internal Revenue Service.

**Confidentiality Notice:** The contents of this electronic mail transmission and its attachments (if any) contain confidential information. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this transmission or its attachments is strictly prohibited. If you have received this transmission in error, please call Lorraine O'Keefe at 617-720-6040 or e-mail Lynn A. Buskey at buskey@bovelaw.com.

3

| | |
|---|---|
| Subj: | **Medicare** |
| Date: | 10/11/05 12:45:03 PM Eastern Daylight Time |
| From: | buskey@bovelaw.com (Lynn A. Buskey) |
| To: | RABRC@aol.com |

Maura Davis, Care Management Strategies, Inc.

781-589-8929

She is not an attorney, but can advise you on Medicare and get you to an attorney if necessary.

Remember to ask about her process and her fees up front.

Let me know if this is helpful or not.


Lynn A. Buskey
The Law Firm of Bove & Langa, P.C.
Ten Tremont Street, Suite 600, Boston, MA 02108
Tel: 617-720-6040     Fax: 617-720-1919
buskey@bovelaw.com     www.bovelaw.com

**IRS Circular 230 Notice of Compliance:** To comply with requirements imposed by the Internal Revenue Service which may apply to this communication, please be advised that the above advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purposes of avoiding any penalty that may be imposed by the Internal Revenue Service.

**Confidentiality Notice:** The contents of this electronic mail transmission and its attachments (if any) contain confidential information. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this transmission or its attachments is strictly prohibited. If you have received this transmission in error, please call Lorraine O'Keefe at 617-720-6040 or e-mail Lynn A. Buskey at buskey@bovelaw.com.

4

```
Subj:    Sue M. Bohlin
Date:    11/8/05 2:24:40 PM Eastern Standard Time
From:    buskey@bovelaw.com (Lynn A. Buskey)
To:      RABRC@aol.com
```

I assume that the claim against Harvard Pilgrim is the Medicare benefits claim, correct?

Sorry you are still having trouble getting an attorney. I was hopeful that the last woman I spoke to would help you through the rest of this process. Alexander made another recommendation - Carl Rosenfield (you can say you were referred by Alexander and that John Ford's name came up in the referral - I think John Ford introduced Alexander to Carl).

Carl Rosenfield's information:

**Firm:**    Foley & Lardner LLP

**Address:** 111 Huntington
             26th Floor
             Boston, MA 02199
             Map & Directions

**Phone:**   (617) 342-4000
**Fax:**     (617) 342-4001

Give him a call to see if he can be of help. Otherwise, let me know, and we may be able to try again. Although you probably understand the Medicare issues as well as anyone, there are a lot of traps once you are in a court setting. You need someone who knows the procedure as well.

Let me know if I missed anything or if you have any other questions.

Thanks.


Lynn A. Buskey
The Law Firm of Bove & Langa, P.C.
Ten Tremont Street, Suite 600, Boston, MA 02108
Tel: 617-720-6040     Fax: 617-720-1919
buskey@bovelaw.com    www.bovelaw.com

**IRS Circular 230 Notice of Compliance:** To comply with requirements imposed by the Internal Revenue Service which may apply to this communication, please be advised that the above advice was not intended or written to be used, and it

| | |
|---|---|
| Subj: | **RE: re. Sue M. Bohlin** |
| Date: | 12/7/05 12:17:32 PM Eastern Standard Time |
| From: | buskey@bovelaw.com (Lynn A. Buskey) |
| To: | RABRC@aol.com |

Yes - you may use my e-mails if it will help demonstrate that you have made an effort to find your mother an attorney. I will be happy to provide an affidavit that you have sought my assistance with this and that I have attempted to make referrals and run into some difficulty finding someone in that field as well.

Your mother has appointed you as her attorney in fact under her durable power of attorney (you and/or Claire can act on your mother's behalf). You can use this document to "stand in your mother's shoes". It gives you the right to act on her behalf and sign her name to legal documents.

Note, however, that sometimes the benefits regulations have other paperwork that needs to be in place. For example, to be someone's representative payee under the Social Security rules, there are additional steps to take beyond simply providing the power of attorney document. You should check into what is necessary in the Medicare area, but start by stating that you do have power of attorney.

If you need a copy of the power of attorney document and instructions for signing documents under it, let me know.

I will try to send you more resources for finding legal assistance if I can.


Lynn A. Buskey
The Law Firm of Bove & Langa, P.C.
Ten Tremont Street, Suite 600, Boston, MA 02108
Tel: 617-720-6040      Fax: 617-720-1919
buskey@bovelaw.com      www.bovelaw.com

**IRS Circular 230 Notice of Compliance:** To comply with requirements imposed by the Internal Revenue Service which may apply to this communication, please be advised that the above advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purposes of avoiding any penalty that may be imposed by the Internal Revenue Service.

**Confidentiality Notice:** The contents of this electronic mail transmission and its attachments (if any) contain confidential information. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this transmission or its attachments is strictly prohibited. If you have received this transmission in error, please call Lorraine O'Keefe at 617-720-6040 or e-mail Lynn A. Buskey at buskey@bovelaw.com.



December 13, 2005

Carl Rosenfield
Foley & Lardner, LLP  26th Floor
111 Huntington Avenue
Boston, MA 02199

Dear Carl,

Thank you for speaking with me last week and for your offer to review this information.

Here are the more pertinent documents of the case I described.

Sincerely,

*Robert Bohlin*

Robert Bohlin

9 Chardon Road
Medford, MA 02155
tel. 781-395-1129
e-mail: RABRC@AOL.com

7