UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>SUE M. BOHLIN</u>
                **Plaintiff**

    V.

<u>MICHAEL O. LEAVITT & HARVARD PILGRIM</u>
                **Defendant**

**CIVIL ACTION**

**NO.** <u>05CV11533-RWZ</u>

## <u>JUDGMENT</u>

<u>ZOBEL, D. J.</u>

In accordance with the MEMORANDUM OF DECISION entered 8/16/06;

JUDGMENT is entered DISMISSING both defendants.

                                            By the Court,

<u>  8/16/06  </u>                                     s/ Lisa A. Urso
**Date**                                                   **Deputy Clerk**